DiDisposition of Petitions for Discretionary Review Under G.S. 7A-31

12 December 2012

| 346P12 | State v. Frank Boatswain | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-641) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 347P12 | Darryl Brown, Employee v. City of Burlington, Employer and Compensation Claims Solutions, Carrier | Plt's PWC to Review Decision of COA (COA11-1406) | Denied |
| 349P12 | State v. Harold Bright Harris, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA11-829) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 351P12 | Dennis E. Bullard, M.D., and Wendy Bullard v. Wake County, a body politic and corporate; Troy Howard Parrott, in his official capacity as a Wake County Building Inspector; John Dipetrio, in his official capacity as a Wake County Building Inspector; Steven Aden Branch, in his official capacity as a Wake County Building Inspector; and Edward Langston Savage, in his official capacity as a Wake County Building Inspector | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-1022) | Denied<br><br>**Martin, J., Recused** |
| 353P12 | Cameron James v. Charlotte-Mecklenburg County Board of Education | 1. Petitioner's PDR (COA11-1376) | 1. Denied |
| | | 2. Respondent's Motion to Consider Response to Request for Supreme Court Review Timely Filed | 2. Allowed |
| | | 3. Respondent's Conditional PDR Under N.C.G.S. § 7A-31 | 3. Dismissed as Moot |